IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ICOMM TECHNOLOGIES, INC., | § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 2-05CV-535 |
| LG ELECTRONICS MOBILECOMM U.S.A, INC.; MOTOROLA, INCORPORATED; NOKIA INC.; SAMSUNG TELECOMMNICATIONS AMERICA, L.P., | § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants | § § § § § | |

## DECLARATION OF CORBY VOWELL

I, Corby Vowell, hereby declare the following:

1.  I am an attorney at law, duly admitted and qualified to practice in this District Court. I am a partner in the law firm of Goldstein, Faucett & Prebeg, LLP, counsel of record for Plaintiff ICOMM Technologies, Inc. I have personal knowledge of the following facts and would and could testify competently to the following statements if called as a witness.

2.  Attached as Exhibit 1 to Plaintiff's Opposition to Defendant Nokia, Inc.'s Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure is a true and correct copy of a letter sent to me on June 16, 2006 by Alex Skucas, counsel for defendant Nokia, Inc.

3.  No scheduling conference has been set in this case.

4.  The parties have not conferred under Rule 26.

5.  No discovery has been taken in this case.

6.   Amicable settlements of this case have been reached with two of the original four defendants in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 30, 2006.

_____
Corby Vowell