IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ICOMM TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:05-cv-00535-RC |
| | § | |
| LG ELECTRONICS MOBILECOMM | § | |
| U.S.A., INC.; MOTOROLA, | § | **JURY TRIAL DEMANDED** |
| INCORPORATED; NOKIA INC.; | § | |
| SAMSUNG TELECOMMUNICATIONS | § | |
| AMERICA, L.P., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF ICOMM TECHNOLOGIES, INC.'S UNOPPOSED
MOTION TO DISMISS DEFENDANT NOKIA INC.**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff ICOMM Technologies, Inc. ("ICOMM"), hereby moves this Court for an Order dismissing all claims asserted by ICOMM against Defendant Nokia Inc. ("Nokia") in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorney fees.

Counsel for Nokia indicates that they are not opposed to this Motion.

Respectfully submitted,

Date: January 29, 2010         /s/ Edward W. Goldstein_____
                               Edward W. Goldstein
                               Texas Bar No. 08099500
                               Corby R. Vowell
                               Texas Bar No. 24031621
                               Stephen F. Schlather
                               Texas Bar No. 2400793
                               GOLDSTEIN, FAUCETT & PREBEG LLP
                               1177 West Loop South, Suite 400
                               Houston, TX 77027
                               Telephone: (713) 877-1515
                               Facsimile: (713) 877-1737

1

Email: egoldstein@gfpiplaw.com
Email: cvowell@gfpiplaw.com
Email: sschlather@gfpiplaw.com

Otis W. Carroll
Texas Bar No. 03895700
Collin M. Malone
Texas Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway
P.O. Box 7879
Tyler, Texas 75711-7879
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: fedserv@icklaw.com
Email: fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 29, 2010. Any other counsel of record will be served by first class U.S. mail.

/s/ Edward W. Goldstein\_\_\_\_\_
Edward W. Goldstein