**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ICOMM TECHNOLOGIES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION No. 2:05CV535 |
| v. | § | |
| | § | |
| LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA, INCORPORATED; NOKIA INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA LP, | § | JUDGE RON CLARK |
| | § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

Before the court is Plaintiff ICOMM Technologies, Inc.'s ("ICOMM") unopposed motion to dismiss Defendant Nokia Inc. ("Nokia") [Doc. #108]. The court is of the opinion that this motion should be granted.

Therefore, Plaintiff ICOMM Technologies, Inc.'s Unopposed Motion to Dismiss Defendant Nokia Inc. [Doc. #108] is hereby **GRANTED**. It is **ORDERED** that all claims by ICOMM against Nokia are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own costs, expenses, and attorney fees.

So **ORDERED** and **SIGNED** this **29** day of **January, 2010.**

_____
Ron Clark, United States District Judge